IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BYARD, *et al.*, | |
| Plaintiffs, | No. C 16-00691 WHA |
| v. | |
| THE CITY AND COUNTY OF SAN FRANCISCO, *et al.*, | **ORDER CONTINUING TRIAL DATE** |
| Defendants. | |

The trial is hereby **CONTINUED** to **MAY 22**, subject to the usual priorities involving other previously-set trials (which, to be clear, could have affected the current trial date as well). All other dates, including the final pretrial conference, remain in place.

**IT IS SO ORDERED.**

Dated: January 11, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE