IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALAN BYARD, *et al.*,

    Plaintiffs,

v.

THE CITY AND COUNTY OF SAN FRANCISCO, *et al.*,

    Defendants.

No. C 16-00691 WHA

**ORDER EXTENDING DEADLINE TO FILE DISPOSITIVE MOTIONS**

Due the death of the father-in-law of Attorney Margaret Baumgartner, the only attorney for the defense with significant familiarity of this five-year-old case, defendants ask to extend the deadline to file dispositive motions from March 2 to March 7. The proposed extension would not affect any other dates. Good cause shown, the deadline for *either side* to file dispositive motions is hereby **EXTENDED** to **MARCH 7 AT NOON**. Any such motions shall be briefed and heard with regular notice following that date (*i.e.*, on the Court's regular law and motion calendar on **APRIL 13**).

Defendants may *not* rely on any time constraints caused by this extension in seeking further extensions or continuances.

Any request for an extension of the deadline to file discovery motions should be directed at Judge Ryu.

**IT IS SO ORDERED.**

Dated: March 1, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE