IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALAN BYARD, *et al.*,

    Plaintiffs,

v.

THE CITY AND COUNTY OF SAN FRANCISCO, *et al.*,

    Defendants.

No. C 16-00691 WHA

**ORDER REFERRING EXTENSION REQUEST TO JUDGE RYU**

Plaintiffs seek leave to modify the date for disclosure of expert reports to allow them to update their expert damages report to reflect information that is the subject of a pending discovery dispute (Dkt. No. 74). The request for an extension is best resolved by Judge Ryu in conjunction with the related discovery disputes. Accordingly, this order **REFERS** the motion to Judge Ryu.

**IT IS SO ORDERED.**

Dated: March 13, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE