United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALAN BYARD, *et al.*,

    Plaintiffs,

v.

THE CITY AND COUNTY OF SAN FRANCISCO, *et al.*,

    Defendants.

No. C 16-00691 WHA

**ORDER DENYING AS MOOT PLAINTIFFS' MOTION UNDER RULE 72**

    Plaintiffs move "to enforce Rule 72," apparently requesting the undersigned judge to compel Judge Ryu to rule on one of the myriad discovery disputes the parties herein have lodged to date (Dkt. No. 74). Judge Ryu ruled on the discovery dispute in question (Dkt. No. 81). Accordingly, plaintiffs' motion to enforce Rule 72 is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

Dated: March 15, 2017.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE