THE LAW OFFICE OF DANIEL BAKONDI
Daniel A. Bakondi (SBN 242043)
870 Market Street, Suite 1157 San Francisco, CA 94102
Phone: 415.450.0424  Fax: 415.399.9608; 415.795.3733
danielbakondi@yahoo.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| San Francisco Patrol Special Police Officers Alan Byard, an individual; Officer Robert L. Burns, an individual; Officer Calvin C. Wiley, an individual; Officer John J. Andrews, an individual; Officer Scott Hart, an individual; Officer Todd Hart, an individual; Officer Samuel J. Reyes, Sr. an individual; Officer Theodore Torres, an individual; Officer John Barry, an individual; Officer Serge J. White, an individual; the San Francisco Patrol Special Police Officers Alliance, a public benefit corporation; the San Francisco Patrol Special Police Officers Association Inc., a public benefit corporation, and San Francisco Patrol Special Police, an unincorporated association; Officer Hanley Chan, an individual; Officer Earl L. Curtis, an individual; Officer Anthony Cirimele, an individual; Officer John Fitzinger, an individual;<br>    Plaintiffs,<br>  v.<br><br>The City and County of San Francisco, A Public Incorporation; The San Francisco Police Department, A Public Incorporation; Sergeant Gerald Darcy, an individual; Inspector Martin Ohalloran, an individual; Sergeant Ueugen Geleano, an individual; Sergeant John Bragagnolo, an individual; Sergeant Jesus Peña, an individual; Officer Michael Simmons, an individual; Sergeant Peter Thoshinsky, an individual; Officer John Van Koll, an individual; Officer Thomas Cunnane, an individual; Officer Randy Ly, an individual; and DOES 1 through 10,000, inclusive;<br>    Defendants, | 3:16-cv-00691<br><br>Formerly San Francisco Case No. CGC 13-528788<br><br>Originally filed as Contra Costa Case No. C12 - 01656<br><br>**PLAINTIFFS' STIPULATED ADMINISTRATIVE MOTION UNDER RULE 7-11 TO CONTINUE TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT BY 2 DAYS**<br><br>Trial Date: May 8, 2017<br>moved to May 22, 2017 |

<u>Relief Requested</u>

Plaintiffs respectfully ask this Court to approve the parties' stipulation extending Plaintiffs' time to file their opposition to Defendants' pending summary judgment motion by two days, from being due March 21, 2017 to being due March 23, 2017.  Plaintiffs seek this relief due to the large number and complexity of issues, and because Plaintiffs' counsel has the flu, with symptoms including fever and migraines.  Plaintiffs assert that granting two extra days would allow them to prepare a more proper response.  Defendants' reply would be due March 30, 2017.

Respectfully submitted,

March 16, 2017                THE LAW OFFICE OF DANIEL BAKONDI

                                         ___*/s/ Daniel A. Bakondi, Esq.*_____

                                         Daniel A. Bakondi, Esq. Attorney for Plaintiffs

## **STIPULATION**

The current deadline for Plaintiffs to file their Opposition to Defendants' Motion for Summary Judgment is March 21, 2017 at midnight.  Plaintiffs and Defendants hereby stipulate that the new deadline for Plaintiffs to file their Opposition to Defendants' Motion for Summary Judgment is March 23, 2017 at midnight.  Defendants' reply will be due March 30, 2017.

THE LAW OFFICE OF DANIEL BAKONDI

___/s/ Daniel A. Bakondi, Esq. _____

Daniel A. Bakondi, Esq. Attorney for Plaintiffs


DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MARGARET W. BAUMGARTNER
Deputy City Attorney


By: /s/ Margaret W. Baumgartner
MARGARET W. BAUMGARTNER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO et al.

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' administrative motion to continue the deadline to file an Opposition to Defendants' Motion for Summary Judgment from March 21, 2017 to March 23, 2017.

GOOD CAUSE APPEARING, Plaintiffs' administrative motion to continue the filing deadline for an Opposition to Defendants' Motion for Summary Judgment is GRANTED. The Court orders that deadline for Plaintiffs to file an Opposition to Defendants' Motion for Summary Judgment is March 23, 2017. Defendants' Reply shall be due March 30, 3017. All other dates, including the hearing date for this motion and the pretrial conference date shall remain as set forth in the Court's pretrial order.

IT IS SO ORDERED.

Dated: March 16, 2017  By: _____ HON. WILLIAM ALSUP

UNITED STATES DISTRICT COURT JUDGE