THE LAW OFFICE OF DANIEL BAKONDI
Daniel A. Bakondi (SBN 242043)
870 Market Street, Suite 1157 San Francisco, CA 94102
Phone: 415.450.0424  Fax: 415.399.9608; 415.795.3733
danielbakondi@yahoo.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| San Francisco Patrol Special Police Officers Alan Byard, an individual; Officer Robert L. Burns, an individual; Officer Calvin C. Wiley, an individual; Officer John J. Andrews, an individual; Officer Scott Hart, an individual; Officer Todd Hart, an individual; Officer Samuel J. Reyes, Sr. an individual; Officer Theodore Torres, an individual; Officer John Barry, an individual; Officer Serge J. White, an individual; the San Francisco Patrol Special Police Officers Alliance, a public benefit corporation; the San Francisco Patrol Special Police Officers Association Inc., a public benefit corporation, and San Francisco Patrol Special Police, an unincorporated association; Officer Hanley Chan, an individual; Officer Earl L. Curtis, an individual; Officer Anthony Cirimele, an individual; Officer John Fitzinger, an individual; | 3:16-cv-00691<br><br>Formerly San Francisco Case No. CGC 13-528788<br><br>Originally filed as Contra Costa Case No. C12 - 01656<br><br><br>Order Re:<br>**PLAINTIFFS' ADMINISTRATIVE MOTION UNDER RULE 7-11 TO EXTEND PAGE LIMIT FROM 25 TO 30 IN THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**<br>`as modified`<br><br>Trial Date: May 8, 2017<br>moved to May 22, 2017 |
|                Plaintiffs,<br>     v. | |
| The City and County of San Francisco, A Public Incorporation; The San Francisco Police Department, A Public Incorporation; Sergeant Gerald Darcy, an individual; Inspector Martin Ohalloran, an individual; Sergeant Ueugen Geleano, an individual; Sergeant John Bragagnolo, an individual; Sergeant Jesus Peña, an individual; Officer Michael Simmons, an individual; Sergeant Peter Thoshinsky, an individual; Officer John Van Koll, an individual; Officer Thomas Cunnane, an individual; Officer Randy Ly, an individual; and DOES 1 through 10,000, inclusive;<br>               Defendants, | |

`Order re:`

0

Relief Requested

Plaintiffs respectfully ask this Court to allow Plaintiffs' Opposition brief to Defendants' Summary Judgment Motion to be up to 30 pages long.  Plaintiffs seek this relief due to the large number and complexity of issues and facts they must present, and are trying to be as succinct as possible.  Defendants' counsel said she would not likely oppose.

Respectfully submitted,

March 22, 2017                        THE LAW OFFICE OF DANIEL BAKONDI

_____/s/ Daniel A. Bakondi, Esq. _____

Daniel A. Bakondi, Esq. Attorney for Plaintiffs

**[~~PROPOSED~~] ORDER**

Before the Court is Plaintiffs' administrative motion to extend Plaintiffs' Opposition brief page

limit from 25 to 30 pages.

GOOD CAUSE APPEARING, Plaintiffs' administrative motion to allow Plaintiffs' brief to be

up to ~~30~~ 28 pages in length in their Opposition to Defendants' Motion for Summary Judgment is

GRANTED.

IT IS SO ORDERED.

Dated: March 22, 2017.         By:_____ HON. WILLIAM ALSUP

                              UNITED STATES DISTRICT COURT JUDGE

Order re:                                    3
**Motion, Patrol Special Police v. City and County of San Francisco, 3:16 cv00691WHA**