THE LAW OFFICE OF DANIEL BAKONDI
Daniel A. Bakondi (SBN 242043)
870 Market Street, Suite 1157 San Francisco, CA 94102
Phone: 415.450.0424  Fax: 415.399.9608; 415.795.3733
danielbakondi@yahoo.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| San Francisco Patrol Special Police Officers Alan Byard, an individual; Officer Robert L. Burns, an individual; Officer Calvin C. Wiley, an individual; Officer John J. Andrews, an individual; Officer Scott Hart, an individual; Officer Todd Hart, an individual; Officer Samuel J. Reyes, Sr. an individual; Officer Theodore Torres, an individual; Officer John Barry, an individual; Officer Serge J. White, an individual; the San Francisco Patrol Special Police Officers Alliance, a public benefit corporation; the San Francisco Patrol Special Police Officers Association Inc., a public benefit corporation, and San Francisco Patrol Special Police, an unincorporated association; Officer Hanley Chan, an individual; Officer Earl L. Curtis, an individual; Officer Anthony Cirimele, an individual; Officer John Fitzinger, an individual; <br>       Plaintiffs, <br>    v. <br><br> The City and County of San Francisco, A Public Incorporation; The San Francisco Police Department, A Public Incorporation; Sergeant Gerald Darcy, an individual; Inspector Martin Ohalloran, an individual; Sergeant Ueugen Geleano, an individual; Sergeant John Bragagnolo, an individual; Sergeant Jesus Peña, an individual; Officer Michael Simmons, an individual; Sergeant Peter Thoshinsky, an individual; Officer John Van Koll, an individual; Officer Thomas Cunnane, an individual; Officer Randy Ly, an individual; and DOES 1 through 10,000, inclusive; <br>       Defendants, | Case 3:16-cv-000691 WHA <br><br> San Francisco Case No. CGC 13-528788 <br><br> Originally filed as Contra Costa Case No. C12 - 01656 <br><br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANTS' OBJECTIONS DOCUMENT** <br><br><br> Place: 450 Golden Gate Avenue <br> Courtroom 8, 19th Floor <br> San Francisco CA 94102 |

1
**PLS' NOTICE OF MOTION AND MOTION TO STRIKE**

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that on April 26, 2017, at 8:00am, or as soon as the matter may be heard, at the United States District Court, 450 Golden Gate Avenue, San Francisco California, in front of the Hon. Judge William Alsup, Plaintiffs will move, and hereby move, to strike Defendants' objections document entitled "Defendants' Objections to Plaintiffs' Evidence Filed in Support of Second Reply Memorandum in Support of Motion for Summary Judgment," and all of the improper matter contained within it.

The grounds for this motion are that this document violates L.R. 7-3 (c) and 7-4 (b), and all the reasons stated in the filed memorandum.

Plaintiffs request this Motion be heard at the same time as the underlying Motion for Summary Judgment.

This Motion is based on this Notice of Motion and Motion, and the memorandum together with Plaintiffs Second Objections to Reply Evidence.

Respectfully submitted,

April 21, 2017                THE LAW OFFICE OF DANIEL BAKONDI

                              __/s/ Daniel A. Bakondi_____

                              Daniel A. Bakondi, Esq. Attorney for Plaintiffs