IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO PATROL SPECIAL POLICE OFFICERS ALAN BYARD, an individual, ROBERT L. BURNS, an individual, CALVIN C. WILEY, an individual, JOHN J. ANDREWS, an individual, SCOTT HART, an individual, TODD HART, an individual, SAMUEL J. REYES, SR., an individual, THEODORE TORRES, an individual, JOHN BARRY, an individual, ANTONIO WHITE, as successor-in-interest to Serge J. White, an individual, HANLEY CHAN, an individual, JULIA CURTIS, as successor-in-interest to Earl L. Curtis, an individual, ANTHONY CIRIMELE, an individual, JOHN FITZINGER, an individual, THE SAN FRANCISCO PATROL SPECIAL POLICE OFFICERS ALLIANCE, a public benefit corporation, THE SAN FRANCISCO PATROL SPECIAL POLICE OFFICERS ASSOCIATION, INC., a public benefit corporation, and SAN FRANCISCO PATROL POLICE, an unincorporated association, <br><br>         Plaintiffs, <br><br>  v. <br><br> THE CITY AND COUNTY OF SAN FRANCISCO, a public incorporation, THE SAN FRANCISCO POLICE DEPARTMENT, a public incorporation, SERGEANT GERALD DARCY, an individual, INSPECTOR MARTIN OHALLORAN, an individual, SERGEANT UEUGEN GELEANO, an individual, SERGEANT JOHN BRAGAGNOLO, an individual, SERGEANT JESUS PENA, an individual, OFFICER MICHAEL SIMMONS, an individual, SERGEANT PETER THOSHINSKY, an individual, OFFICER JOHN VAN KOLL, an individual, OFFICER THOMAS CUNNANE, an individual, OFFICER RANDY LY, an individual, and DOES 1 through 10,000, inclusive, <br><br>         Defendants. | No. C 16-00691 WHA <br><br> **JUDGMENT** |

For the reasons stated in the order granting defendants' motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants The City and County of San Francisco, the San Francisco Police Department, Sergeant Gerald Darcy, Inspector Martin Ohalloran, Sergeant Ueugen Geleano, Sergeant John Bragagnolo, Sergeant Jesus Pena, Officer Michael Simmons, Sergeant Peter Thoshinsky, Officer John Van Koll, Officer Thomas Cunnane, and Officer Randy Ly, and against plaintiffs Alan Byard, Robert L. Buns, Calvin C. Wiley, John J. Andrews, Scott Hart, Todd Hart, Samuel J. Reyes, Sr., Theodore Torres, John Barry, Antonio White (as successor-in-interest of Serge J. White), Hanley Chan, Julia Curtis (as successor-in-interest of Earl L. Curtis), Anthony Cirimele, John Fitzinger, The San Francisco Patrol Special Polcie Officers Alliance, The San Francisco Patrol Special Police Oifficers Association, Inc., and San Francisco Patrol Police.

The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 25, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE